United States District Court
Southern District of Texas
**ENTERED**
April 28, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JAMES WEDERGREN, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:16-CV-01 |
| | § | |
| THE TRAVELERS INDEMNITY COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER COMPELLING ARBITRATION AND ORDER OF DISMISSAL

Before the Court is Defendant The Travelers Indemnity Company's Unopposed Motion to Dismiss and Compel Arbitration ("Motion"). After considering the Motion, and the lack of opposition thereto, the Court is of the opinion that is should be, and is, in all things **GRANTED**.

Therefore, it is ORDERED that:

1. Plaintiff James Wedergren shall submit all of his claims against Defendant to arbitration before the American Arbitration Association in accordance with the terms of the Arbitration Policy attached to the Motion as Exhibit 1; and

2. Plaintiff's claims are *DISMISSED*, *with prejudice*.

SIGNED at Galveston, Texas, this 28th day of April, 2016.

_____
George C. Hanks Jr.
United States District Judge